William SHALALA, appellant, v. HAD-DOCK MINING COMPANY, respondent. Appeals Nos. 1, 2, and 3. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Orders affirmed, with $10 costs and disbursements in each. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Margaret SHANAHAN, as admx., etc., respt. v. MONARCH ENGINEERING CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Motion for leave to appeal to Court of Appeals granted and question for review certified.

In the Matter of Charles A. SHEARSON, dec'd. Edward Shearson, as Exr., Applt.; Eugene M. Travis, as Comptroller, etc., Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with costs. No opinion. Order filed.

Thomas F. SHEEDY, respondent, v. William George FOSTER and Maria Foster, appellants, and Neal D. Becker, as executor, etc., respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion granted, without costs.

Lucille G. SHELDON, as administratrix, etc., of Amanda L. Gilbert, deceased, appellant, v. Elizabeth ZIMMER, respondent. Appeal No. 1. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Appeal dismissed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Lucille G. SHELDON, as administratrix, etc., of Amanda L. Gilbert, deceased, appellant, v. Elizabeth ZIMMER, respondent. Appeal No. 2. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. · No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

John G. SHERIDAN v. MUTUAL PROFIT REALTY CO. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Application denied, with $10 costs. Order signed.

Louis SHERRY v. FEDERAL TERRA COTTA CO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.

George O. SHIELDS, respondent, v. NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days from the entry of this order plaintiff stipulates to reduce the recovery of damages to $1,000, in which event the judgment, as so modified, and the order, are unanimously affirmed, without costs of this appeal. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

SIDNEY BLUMENTHAL & CO., Respt., v. Bernard RADOW et al., Applts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Jacob SIEGEL, Respt., v. Harry KOVINSKY, Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Determination (93 Misc. Rep. 541, 157 N. Y. Supp. 340) affirmed, with costs. No opinion. Order filed.

Solomon SILBERSTEIN v. Samuel TERENS. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of Application for Disbarment of Frank L. SMITH, an Attorney and Counselor at Law. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Upon reading and filing an exemplified copy of the judgment roll in Chautauqua County Court, convicting the said attorney of the crime of grand larceny, first degree, his name is stricken from the roll of attorneys and counselors.

Martha T. SMITH, appellant, v. John J. BARTLETT, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, without costs.

Loretta SMITH, as Admx., etc., Respt., v. BELT LINE RY. CORP., impld., etc., Applt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Henry SMITH and one, applts., v. George BRANE, respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Order affirmed with costs. All concur.

Lee H. SMITH, applt., v. Robert J. COLLIER et al., respts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Reuben L. SMITH, applt., v. Helen Cole LOCKERBY and others, respts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment unanimously affirmed, with costs.

Lillie SMITH, respondent, v. Albert F. PECK, etc., appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Birt SMITH, plff., v. John L. SMITH, respt., and Lyman C. Smith, applt. (four cases). (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Appeal transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. Kruse, P. J., not sitting.